7581.  LITTLE ROCK FURNITURE MANUFACTURING COMPANY *v.*
JONES & COMPANY.

BROYLES, P. J.  1. While, under the pleadings and the evidence, a finding
of some specific amount, either for the plaintiff or (by way of recoup-
ment) for the defendants, was strongly authorized, it can not be held
that there was no evidence which authorized a general verdict for
the defendants.  The verdict returned, to wit, "We, the jury, find in
favor of the defendants," having been approved by the trial judge,
this court has no authority to interfere.

2. The excerpts from the charge of the court to which exception is taken
are subject to some criticism, but, when considered in the light of the
entire charge (which as a whole was a full, fair, and correct pre-
sentation of the contentions of the parties and of the law applicable
thereto), do not require a new trial.

> *Judgment affirmed.  Jenkins and Bloodworth, JJ., concur.*
> DECIDED JANUARY 23, 1917.

Complaint; from city court of Macon—Judge Hodges.  May 5,
1916.

*W. D. McNeil,* for plaintiff.

*Robert W. Barnes, Miller & Jones,* for defendant.